CLARK-COWLITZ JOINT
OPERATING AGENCY

v.

FEDERAL ENERGY REGULATORY
COMMISSION.

No. 83–2231.

United States Court of Appeals,
District of Columbia Circuit.

Jan. 16, 1986.

Before ROBINSON, Chief Judge, and WRIGHT, WALD, MIKVA, EDWARDS, GINSBURG, BORK, SCALIA, STARR, SILBERMAN and BUCKLEY, Circuit Judges.

ORDER

PER CURIAM.

The suggestions for rehearing *en banc* have been circulated to the full Court. A vote was requested and a majority of the judges in regular active service have voted in favor of the suggestions. Accordingly, it is

ORDERED, by the Court *en banc*, that the suggestions for rehearing *en banc* are granted, and it is

FURTHER ORDERED, by the Court *en banc*, on its own motion, that the opinion and judgment of October 22, 1985, 775 F.2d 366, be, and the same hereby are, vacated.

A future order of the Court will govern further proceedings in this case.

MIKVA Circuit Judge, would deny the suggestions.

WALD and SILBERMAN Circuit Judges, did not participate in this order.